IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY K. VOEGTLE, JR.,                    )
                                         )
                Plaintiff,               )
                                         )
vs.                                      )        Civil No.   17-cv-510-JGP-CJP
                                         )
NANCY A. BERRYHILL, Acting               )
Commissioner of Social Security,         )
                                         )
                Defendant.               )
                                         )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States

District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for

social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and

reconsideration of the evidence, pursuant to sentence <u>four</u> of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Gary K. Voegtle, Jr. and against defendant Nancy

A. Berryhill, Acting Commissioner of Social Security.

**DATED:   December 11, 2017**

                              **JUSTINE FLANAGAN,**
                              **Acting Clerk of Court**

                              **BY:** _s/Tina Gray_
                                   **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**